**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**Traffic Sports USA**

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TRAFFIC SPORTS USA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GABRIEL ALVARADO, ET AL.,<br><br>Defendants. | Case No. CV 10-2053 DMG (JCGx)<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT JOSE MARIN SHOULD NOT BE DISMISSED PURSUANT TO FED. R. CIV. P. 4(e)  [12]** |

The Court, upon review of Plaintiff's second *ex parte* application for an order extending time to complete service in the above-entitled matter as well as the records on file, hereby orders the following:

///

///

///

///

ORDER (Proposed) RE PLAINTIFF'S SECOND
*EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 1

The time to effectuate service of the Summons and Complaint on defendant Jose Marin in this matter having already expired on August 24, 2010 [see Doc. # 11] without a timely request for extension, Plaintiff shall show cause in writing why the Court should not dismiss defendant Jose Marin, inasmuch as service was not timely effectuated and service by publication was not timely requested.  Plaintiff's response shall be filed by November 8, 2010.

**IT IS SO ORDERED**.

Date:  October 29, 2010

_____
**Honorable Dolly M. Gee**
**United States District Judge**