JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFIC SPORTS USA., <br><br> Plaintiff, <br><br> v. <br><br> JOSE GABRIEL ALVARADO, et al., <br><br> Defendants. | Case No. CV 10-02053 DMG (JCGx) <br><br> **JUDGMENT** |

Pursuant to the Court's April 12, 2011 Order re Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Jose Gabriel Alvarado and Jose Marin, each individually and doing business as La Casa Honduras Restaurant, as follows:

1. Plaintiff is awarded the sum of Ten Thousand Seven Hundred Dollars ($10,700);
2. Plaintiff is entitled to attorneys' fees in the amount of One Thousand Two Hundred and Forty-Two Dollars ($1,242); and

//
//
//

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the Judgment.

DATED: August 11, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-2-